# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2020

## NO. 03-19-00142-CV

**Lickety Split Express, Inc., Appellant**

**v.**

**Lyndee Solutions, Inc., Appellee**

## APPEAL FROM THE COUNTY COURT OF FAYETTE COUNTY
## BEFORE JUSTICES TRIANA, SMITH AND SHANNON
## REVERSED AND REMANDED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment rendered by the trial court on December 4, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.